DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IRINA BAUMGERTNER,**
Appellant,

v.

**ASAD GILANI,**
Appellee.

No. 4D21-2241

[February 17, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Giuseppina Miranda, Judge; L.T. Case No. COCE19-025548.

Andre G. Raikhelson of Law Offices of Andre G. Raikhelson, Boca Raton, for appellant.

Neil Rose, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***